UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEIDI HARDING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:22-cv-1465 |
| ) | |
| DAYTON FREIGHT LINES, INC., ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT FOR DAMAGES AND JURY DEMAND**

Plaintiff, Heidi Harding, by counsel, and for her cause of action against the Defendant, Dayton Freight Lines, Inc., hereby states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. At all times relevant herein, Plaintiff, Heidi Harding, resided in Indianapolis, Marion County, Indiana.

2. For purposes of diversity jurisdiction, Plaintiff, Heidi Harding, is a citizen of the State of Indiana.

3. Defendant, Dayton Freight Lines, Inc. ("Dayton Freight Lines"), is a for-profit corporation incorporated in the State of Ohio with its principal place of business located at 6450 Poe Avenue, Suite 311, Dayton, OH 45414.

4. For purposes of diversity jurisdiction, Defendant, Dayton Freight Lines, is a citizen of the State of Ohio.

5. This Court has jurisdiction pursuant to 28 U.S.C. §1332 in that there is complete diversity of citizenship and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

6.  Venue is proper within this District pursuant to 28 U.S.C. §1391 as a substantial portion of the events giving rise to this action occurred within this District, as the acts which caused the Plaintiff's injury occurred on an interstate in the Indianapolis area, in Marion County, Indiana.

## SUMMARY OF FACTS

7.  On Monday December 20, 2021, at approximately 10:12 PM, Heidi Harding drove west-bound on I-465 in the far-right lane of three west-bound lanes.

8.  At the same time and place, a driver for Dayton Freight Lines was also driving west-bound on I-465 in his semi-truck in the middle of the west-bound lanes.

9.  The Dayton Freight Lines driver engaged his right turn signal and merged into the far-right lane, but in doing so, failed to see and avoid Heidi Harding's vehicle.

10. Heidi Harding noticed the semi-truck merging and attempted to avoid a collision, but there was not sufficient time to do so.

11. The Defendant's driver without right-of-way merged into the far-right, colliding with the back left side of Heidi Harding's vehicle.

## LIABILITY OF DEFENDANT

12. Defendant, Dayton Freight Lines, owed a duty to the Plaintiff and other drivers using the roadways to follow applicable rules, regulations, and guidelines regarding the operation of their commercial vehicles and to exercise reasonable care in the operation of their vehicles.

13. Defendant, Dayton Freight Lines, by and through their agents, employees, and drivers, was negligent in one or more of the following respects:

    a.  Making an improper lane change, striking the Plaintiff's vehicle;

   b. Failing to maintain a proper lookout for traffic, including Plaintiff, Heidi Harding.

   c. Failing to keep and maintain proper control over the truck so as to avoid a collision;

   d. Failing to apply brakes in time to avoid a collision;

   e. Failing to maintain a safe distance between the semi-truck and surrounding vehicles while merging lanes; and

   f. Failing to use reasonable care in the operation of the semi-truck.

  14. As a direct and proximate result of the negligence of the Defendant, Plaintiff suffered injuries and damages to her person, has incurred medical expenses, lost wages, endured physical pain and mental anguish, and will continue to incur such losses in the future.

  WHEREFORE, Plaintiff, Heidi Harding, prays for judgment against Defendant, Dayton Freight Lines, in an amount which will fully and fairly compensate Plaintiff for her injuries and damages, for costs of this action, for interest as allowed by law, and for all other just and proper relief in the premises.

Respectfully submitted,

WILSON KEHOE WININGHAM LLC
/s/D. Bruce Kehoe_____
D. Bruce Kehoe
Attorney #5410-49
Emily K. VanTyle
Attorney #34240-64
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN  46208
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
E-mail evantyle@wkw.com

Attorney for Plaintiff

**JURY DEMAND**

Comes now the Plaintiff, Heidi Harding, by counsel, and hereby requests that this matter be tried by a jury.

Respectfully submitted,

WILSON KEHOE WININGHAM LLC
/s/D. Bruce Kehoe_____
D. Bruce Kehoe
Attorney #5410-49
Emily K. VanTyle
Attorney #34240-64
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN  46208
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
E-mail evantyle@wkw.com

Attorney for Plaintiff